B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–33389**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert C Hildebrandt | Theresa M Hildebrandt |
| 70 Cambridge Avenue | 70 Cambridge Avenue |
| Streamwood, IL 60107 | Streamwood, IL 60107 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6103                                          xxx–xx–8366

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>January 5, 2015</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                           Case No. 14-33389-JSB
Robert C Hildebrandt                                             Chapter 7
Theresa M Hildebrandt
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez                Page 1 of 2                  Date Rcvd: Jan 05, 2015
                              Form ID: b18                 Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
db/jdb         +Robert C Hildebrandt,    Theresa M Hildebrandt,    70 Cambridge Avenue,
                 Streamwood, IL 60107-2960
22384581       +AKI and Kroczek,    605 West Central,   Suite 201,   Arlington Heights, IL 60005-2364
22384586       +ARS,   PO Box 630806,    Cincinnati, OH 45263-0806
22384580       +Advance America,    3100 Kirchoff Rd.,   Rolling Meadows, IL 60008-1820
22384582       +Alexian Brothers Medical Group,    PO Box 5588,   Belfast, ME 04915-5500
22384584       +Alexian Brothers Medical Group,    22589 Network Place,    Chicago, IL 60673-1225
22384585       +Apria Healthcare,    PO Box 802017,   Chicago, IL 60680-2017
22384589       +Bmo Harris Bank,    Po Box 94034,   Palatine, IL 60094-4034
22384590       +Bmo Harris Trust& Savi,    111 W Monroe St,   Chicago, IL 60603-4095
22384598       +CEPAmerica,   PO Box 582663,    Modesto, CA 95358-0070
22384604       +Codilis & Associates,    15W030 North Frontage Road,    Suite 100,   Willowbrook, IL 60527-6921
22384605       +Creditors Discount & A,    415 E Main St,   Streator, IL 61364-2927
22384608       +EIS Collections,    Box 1730,   Reynoldsburg, OH 43068-8730
22384609       +Elk Grove Radiology S.C.,    PO Box 4543,   Carol Stream, IL 60197-4543
22384614       +HRRG,   PO BOX 5406,    Cincinnati, OH 45273-0001
22384615        HSBC,   PO Box 711104,    Charlotte, NC 28272
22384611       +Harris & Harris Ltd,    111 W Jackson Blvd S-400,    Chicago, IL 60604-4135
22384616       +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
22384618       +Malcolm S. Gerald & Assoc,    Attn: Bankruptcy Dept.,    332 S. Michigan Ave Suite 600,
                 Chicago, IL 60604-4318
22384620       +Mbb,   1460 Renaissance Dr,    Park Ridge, IL 60068-1331
22384623       +Meyer & Njus,    33 N. Dearborn, # 1301,   Chicago, IL 60602-3878
22384627       +Nirali R. Parikh, MD,    777 Oakmont Ln,   Suite 1600,   Westmont, IL 60559-5577
22384628       +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
22384636       +NortShore University Health,    Billing Dept,   23056 Network Pl,    Chicago, IL 60673-1230
22384630       +NorthShore University Health,    Hospital Billing,    23056 Network Place,
                 Chicago, IL 60673-1230
22384629       +Northland Group Inc,    7831 Glenroy Rd,   Suite 350,   Edina, MN 55439-3133
22384631       +Northwest Community,    800 W Central Rd,   Arlington Heights, IL 60005-2349
22384632       +Northwest Community Hospital,    25709 Network Pl.,    Chicago, IL 60673-1257
22384634       +Northwest Heart Specialists,    1632 W Central Rd,    Arlington Heights, IL 60005-2407
22384635       +Northwest Radiology Associates, SC,    Attn: Bankruptcy Dept.,    520 E. 22nd St.,
                 Lombard, IL 60148-6110
22384637       +Oasis Legal Finance,    630 Dundee Road,   Northbrook, IL 60062-2751
22384638       +Oliphant Financial,    PO Box 864934,   Orlando, FL 32886-4934
22384639      #+Pinnacle Management Services,    514 Market Loop Suite 103,    Dundee, IL 60118-2181
22384641       +Radiological Consultants of WoodSto,    Attn: Bankruptcy Dept.,    9410 Compubill Dr.,
                 Orland Park, IL 60462-2627
22384643       +Short Term Loans, LLC,    1016 S. Barrington Rd,    Streamwood, IL 60107-2266
22384644       +State Collection Services,    PO Box 6250,   Madison, WI 53716-0250
22384648        U S Dept Of Ed/Gsl/Atl,    Po Box 4222,   Iowa City, IA 52244
22384649        Universal Fidelity Corporation,    PO Box 941911,    Houston, TX 77094-8911
22384650       +Van Ru Credit,    11069 Strang Line Rd,   Bldg E,   Lenexa, KS 66215-2181
22616976       +Village of Rosselle,    Ambulance,   100 E. Maple Ave.,   Roselle, IL 60172-2275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QGSZILAGYI.COM Jan 06 2015 01:03:00      Gregg Szilagyi,    542 South Dearborn Street,
                 Suite 1400,   Chicago, IL 60605-1564
22384587       +EDI: ARSN.COM Jan 06 2015 01:03:00      ARS National Services,    201 W. Grand Ave.,
                 Escondido, CA 92025-2603
22384588       +EDI: ARSN.COM Jan 06 2015 01:03:00      ARS National Services,    201 W. Grande Ave.,
                 Escondido, CA 92025-2603
22384591        EDI: CAPITALONE.COM Jan 06 2015 01:03:00      Cap One,   Po Box 85520,   Richmond, VA 23285
22384594       +EDI: CAPITALONE.COM Jan 06 2015 01:03:00      Cap One,   26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
22384596       +EDI: CAPITALONE.COM Jan 06 2015 01:03:00      Cap One Na,   Po Box 26625,
                 Richmond, VA 23261-6625
22384597        E-mail/Text: cms-bk@cms-collect.com Jan 06 2015 01:25:20     Capital Managment Services,
                 698 1/2 S. Ogden St,   Buffalo, NY 14206-2317
22384599       +EDI: CHASE.COM Jan 06 2015 01:03:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
22384603       +EDI: CITICORP.COM Jan 06 2015 01:03:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
22384606       +EDI: DISCOVER.COM Jan 06 2015 01:03:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
22779856       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 06 2015 01:27:00      Diversified Consultants,
                 PO Box 551268,   Jacksonville, FL 32255-1268
22384610        EDI: RMSC.COM Jan 06 2015 01:03:00      GE Capital Retail Bank,   P.O. Box 965004,
                 Orlando, FL 32896-5004
22384617       +EDI: LTDFINANCIAL.COM Jan 06 2015 01:03:00      LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
22384621       +EDI: TSYS2.COM Jan 06 2015 01:03:00      Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
22384624       +E-mail/Text: mmrgbk@miramedrg.com Jan 06 2015 01:25:56      Miramed,   991 Oak Creek Dr.,
                 Lombard, IL 60148-6408
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Jan 05, 2015
                              Form ID: b18               Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
22384626          E-mail/Text: mmrgbk@miramedrg.com Jan 06 2015 01:25:56      Miramed Revenue Group,
                   PO Box 77000,    Dept 77304,    Detroit, MI 48277-0304
22384625         +E-mail/Text: mmrgbk@miramedrg.com Jan 06 2015 01:25:56      Miramed Revenue Group,    Dept 77304,
                   PO Box 77000,    Detroit, MI 48277-2000
22384640         +EDI: PRA.COM Jan 06 2015 01:03:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                   Norfolk, VA 23502-4962
22384642         +EDI: SEARS.COM Jan 06 2015 01:03:00      Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
22384645         +EDI: RMSC.COM Jan 06 2015 01:03:00      Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
22384647         +EDI: TFSR.COM Jan 06 2015 01:03:00      Toyota Motor Credit,    1111 W 22nd St Ste 420,
                   Oak Brook, IL 60523-1959
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22384583*        +Alexian Brothers Medical Group,    PO Box 5588,    Belfast, ME 04915-5500
22384592*       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
22384593*       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
22384595*        +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22384600*        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22384601*        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22384602*        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22384607*        +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
22384612*        +Harris & Harris Ltd,    111 W Jackson Blvd S-400,    Chicago, IL 60604-4135
22384613*        +Harris & Harris Ltd,    111 W Jackson Blvd S-400,    Chicago, IL 60604-4135
22384619*        +Malcolm S. Gerald & Assoc,    Attn: Bankruptcy Dept.,    332 S. Michigan Ave Suite 600,
                   Chicago, IL 60604-4318
22384622*        +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
22384633*        +Northwest Community Hospital,    25709 Network Pl.,    Chicago, IL 60673-1257
22384646*        +Syncb/Jcp,   Po Box 965007,    Orlando, FL 32896-5007
                                                                                           TOTALS: 0, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2015 at the address(es) listed below:
```
          Gregg  Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Joseph P Doyle    on behalf of Debtor Robert C Hildebrandt joe@fightbills.com,
           courts@fightbills.com
          Joseph P Doyle    on behalf of Joint Debtor Theresa M Hildebrandt joe@fightbills.com,
           courts@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor   BMO Harris Bank N.A. ND-Four@il.cslegal.com
                                                                                              TOTAL: 5
```